USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/2/16

**BRONSON LAW OFFICES, P.C.**
480 Mamaroneck Avenue, Harrison, NY 10528
61-43 186th Street, Fresh Meadows, NY 11365
42 Catharine Street, Poughkeepsie, NY 12601

Tel. (877) 385-7793
Fax (888) 908-6906
www.bronsonlawoffices.com

H. Bruce Bronson, Jr., Esq.
(admitted NY & PA)
email: hbbronson@bronsonlaw.net

of Counsel:
Audrey Parma, Esq.
(admitted NY)
email: aparma@bronsonlaw.net

August 31, 2016

**VIA ECF AND US MAIL**
Honorable Vincent L. Briccetti
United States District Judge
300 Quarropas Street, Room 620
White Plains, NY 10601

Re:     Robert C. Rozell ("Appellant") v. Nancy L. Carpenter ("Appellee"); 16 CV 4360

Dear Judge Briccetti:

In accordance with the scheduling order for the above referenced case, this letter shall serve as a joint settlement status report.

Francis J. O'Reilly, counsel for the Appellee, and I met on at least three occasion and discussed settlement. While such discussions were productive, no settlement could ultimately be reached.

Additionally, I request some additional time to the end of September to submit the Appellant brief, since it has not been started to date in hopes that settlement would be successful. Mr. O'Reilly has consented to such extension.

Very truly yours,

_____
H. Bruce Bronson, Esq.,
Counsel for Appellant

APPLICATION **GRANTED**
SO ORDERED:
_____/s/_____
Vincent L. Briccetti, U.S.D.J.
Dated: 9/2/16
White Plains, NY

Appellants brief due 9/29/16.
Opposition due 10/31/16.
Reply due 11/14/16.